EASTERN DIST.
*March*, 1840.

HUBBELL
*vs.*
LOCK ET AL.
The jurisdiction of the Probate Court, as defined in the Code of Practice, article 924, No. 14, is confined exclusively to partitions of successions, which are the peculiar objects of that court.

---

## HUBBELL *vs.* LOCK ET AL.

### APPEAL FROM THE COMMERCIAL COURT.

Judgment affirmed, with five per cent damages, as a delay case.

This is an action against the maker and endorser of a note. The plaintiff alleges demand, protest and due notice to the endorser. There was a general denial, but no appearance or defence by the defendants. The plaintiff made proof of his demand and had judgment. The defendants appealed.

*Jones,* for the plaintiff.

*Bullard, J.,* delivered the opinion of the court.

This is an action against the maker and endorser of a promissory note, and judgment for plaintiff upon sufficient proof. The appeal was evidently taken for delay.

It is, therefore, ordered, that the judgment below, be affirmed, with costs, and five per cent. damages.